# Transactions Listing

Search for: 1295-001   Search by: Matter ID  Stage: WIP  Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 8/9/2006 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Drafted complaint v. Eyes Have Not Seen | T<br>A103 | 1.20 | 200.00 | 240.00 |
| 8/9/2006 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Reviewed and revised complaint | T<br>A103 | 0.40 | 200.00 | 80.00 |
| 8/9/2006 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Emailed complaint to Trustee | T<br>A106 | 0.20 | 200.00 | 40.00 |
| 8/9/2006 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>T/call from trustee re: revisions to complaint | T<br>A106 | 0.20 | 200.00 | 40.00 |
| 8/17/2006 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Email to Phil re: status of revised complaint | T<br>A106 | 0.10 | 200.00 | 20.00 |
| 8/23/2006 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Seoncd review and revision of complaint | T<br>A103 | 0.80 | 200.00 | 160.00 |
| 8/23/2006 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Email to Trustee re: revised complaint | T<br>A106 | 0.10 | 200.00 | 20.00 |
| 8/23/2006 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>T/call Trustee re: revised complaint | T<br>A106 | 0.10 | 200.00 | 20.00 |
| 8/23/2006 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Drafted demand letter to defendant | T<br>A108 | 0.20 | 200.00 | 40.00 |
| 8/29/2006 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Third review and revision of complaint | T<br>A103 | 0.60 | 200.00 | 120.00 |
| 8/30/2006 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>T/call Trustee re: status; revised complaint | T<br>A106 | 0.10 | 200.00 | 20.00 |
| 9/11/2006 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>T/call Levey re: received his call; will make changes<br>and file complaint | T<br>A106 | 0.10 | 200.00 | 20.00 |
| 9/15/2006 | CKM | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Electronically filed adversary proceeding | T<br>A110 | 0.40 | 75.00 | 30.00 |

# Transactions Listing

Search for: 1295-001   Search by: Matter ID   Stage: WIP   Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 9/18/2006 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Drafted summons service executed online and electronically filed with court | T<br>A103 | 0.20 | 200.00 | 40.00 |
| 11/8/2006 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Court appearance for status (742); matter continued | T<br>A109 | 1.00 | 200.00 | 200.00 |
| 11/8/2006 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Email to Trustee re: status of court | T<br>A106 | 0.20 | 200.00 | 40.00 |
| 12/6/2006 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Appeared in court for status; matter continued to 12/20/06; opposing counsel made offer of $9,000; | T<br>A109 | 0.60 | 200.00 | 120.00 |
| 12/6/2006 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>T/call Phil re: status; | T<br>A106 | 0.10 | 200.00 | 20.00 |
| 12/6/2006 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Drafted motion and notice of motion and proposed order for default | T<br>A103 | 0.80 | 200.00 | 160.00 |
| 12/20/2006 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Court appearance for motion for entry of default; motion granted | T<br>A109 | 1.20 | 200.00 | 240.00 |
| 1/8/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Drafted affidavit of damages | T<br>A103 | 0.40 | 200.00 | 80.00 |
| 1/8/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Emailed affidavit of damages to Trustee | T<br>A106 | 0.10 | 200.00 | 20.00 |
| 1/15/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>T/call from Trustee re: revisions to affidavit of damages | T<br>A106 | 0.20 | 200.00 | 40.00 |
| 1/16/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Court appearance for entry of judgment; judgment entered | T<br>A109 | 0.50 | 200.00 | 100.00 |

# Transactions Listing

Search for: 1295-001   Search by: Matter ID   Stage: WIP   Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 1/18/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Drafted citation to discover assets against defendant | T<br>A103 | 0.50 | 200.00 | 100.00 |
| 3/7/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Court appearanc for citation to discover assets; matter continued; defendant did not appear | T<br>A109 | 1.00 | 200.00 | 200.00 |
| 3/8/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Email to Trustee re: status | T<br>A106 | 0.20 | 200.00 | 40.00 |
| 3/12/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Drafted motion, notice of motion, proposed order and 9020 affidavit for rule to show cause against defendant | T<br>A103 | 1.00 | 200.00 | 200.00 |
| 3/21/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Court appearance for rule to show cause; matter entered and continued for defendant's appearance | T<br>A109 | 1.00 | 200.00 | 200.00 |
| 3/21/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Drafted revised sanctions order | T<br>A103 | 0.20 | 200.00 | 40.00 |
| 3/23/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Drafted notice of mailing of order to defendant | T<br>A103 | 0.20 | 200.00 | 40.00 |
| 4/3/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>T/call from Chris Stasscko, opposing counsel, re: motion to vacate; possible resolution to case | T<br>A108 | 0.30 | 200.00 | 60.00 |
| 4/4/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Received and reviewed motion to vacate default and affirmative defenses | T<br>A104 | 0.40 | 200.00 | 80.00 |
| 4/4/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Planned and prepared for motion to vacate | T<br>A101 | 0.30 | 200.00 | 60.00 |
| 4/4/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Court appearance for motion to vacate and rule to show cause; rule to show cause continued; briefing schedule entered on motion to vacate | T<br>A109 | 0.70 | 200.00 | 140.00 |

# Transactions Listing

Search for: 1295-001   Search by: Matter ID Stage: WIP Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 4/18/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Reviewed motion to vacate default and proposed answer | T<br>A104 | 0.50 | 200.00 | 100.00 |
| 4/18/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Research for response to motion to vacate | T<br>A102 | 1.20 | 200.00 | 240.00 |
| 4/18/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Drafted response to motion to vacate | T<br>A103 | 1.40 | 200.00 | 280.00 |
| 4/18/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Reviewed and revised response to motion to vacate | T<br>A103 | 0.20 | 200.00 | 40.00 |
| 4/19/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Planned and prepared for hearing on motion to vacate | T<br>A101 | 0.50 | 200.00 | 100.00 |
| 5/30/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Court appearance for ruling on motion to vacate; motion denied. | T<br>A109 | 0.50 | 200.00 | 100.00 |
| 6/7/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>T/call from Kummer re: settlement; offered 20K over 2 payments | T<br>A108 | 0.20 | 200.00 | 40.00 |
| 6/7/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Communicated settlement offer to Trustee | T<br>A106 | 0.20 | 200.00 | 40.00 |
| 6/7/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>T/call Kummer re: requested tax returns -left message | T<br>A108 | 0.10 | 200.00 | 20.00 |
| 6/12/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Court appearance for status; matter continued | T<br>A109 | 0.60 | 200.00 | 120.00 |
| 6/12/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>T/call w/ opposing consel Kummer re: status; new court date; settlement | T<br>A108 | 0.20 | 200.00 | 40.00 |

# Transactions Listing

Search for: 1295-001   Search by: Matter ID   Stage: WIP   Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 6/25/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>T/call from Kummer re: status of settlement | T<br>A108 | 0.20 | 200.00 | 40.00 |
| 6/25/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>T/call Trustee re: settlement | T<br>A108 | 0.20 | 200.00 | 40.00 |
| 6/25/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>T/call Kummer re: settlement and court tomorrow | T<br>A106 | 0.20 | 200.00 | 40.00 |
| 7/17/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>T/call Scott Kumer re: settlement status; matter settled | T<br>A108 | 0.20 | 200.00 | 40.00 |
| 7/17/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Received and reviewed settlement letter | T<br>A104 | 0.20 | 200.00 | 40.00 |
| 7/17/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>T/call to courtroom deputy re: withdrawing motion and citation due to case settlement | T<br>A108 | 0.10 | 200.00 | 20.00 |
| 7/18/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Email to Trustee re: settlement letter | T<br>A106 | 0.10 | 200.00 | 20.00 |
| 7/19/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Drafted settlement agreement | T<br>A103 | 0.80 | 200.00 | 160.00 |
| 7/19/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>T/call to Trustee re: status | T<br>A106 | 0.10 | 200.00 | 20.00 |
| 7/19/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Drafted letter to Kummer re: settlement and status | T<br>A108 | 0.20 | 200.00 | 40.00 |
| 7/19/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>T/call from Trustee re: status; settlement and check | T<br>A106 | 0.10 | 200.00 | 20.00 |
| 7/19/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Drafted letter to Kummer re first payment | T<br>A108 | 0.10 | 200.00 | 20.00 |

# Transactions Listing

Search for: 1295-001   Search by: Matter ID   Stage: WIP   Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 7/19/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Reviewed and revised settlement agreement draft | T<br>A104 | 0.30 | 200.00 | 60.00 |
| 7/19/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Emailed settlement agreement to Trustee | T<br>A106 | 0.10 | 200.00 | 20.00 |
| 8/6/2007 | TJH | 1295-001 / Levey, Phillip D.<br>Levey v. Eyes Have Not Seen<br>Drafted fee application and motion and notice | T<br>A103 | 1.20 | 200.00 | 240.00 |
| | | | Grand Total | 25.30 | | 5,010.00 |