### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) |
| DELORES CAMP, | ) |
| Debtor, | ) Case No. 05 B 00145 |
| | ) |
| | ) |
| | )  Honorable Carol A. Doyle |

### ORDER AWARDING FESS TO THADDEUS J. HUNT AS SPECIAL COUNSEL
### TO PHILIP D. LEVEY, CHAPTER 7 TRUSTEE

This matter coming on the motion of Thaddeus J. Hunt of the Law Offices of

Thaddeus Hunt to be awarded fees for services performed as special counsel to Phillip D.

Levey, Chapter 7 Trustee; due notice having been given to all parties entitled thereto and

no objection having been heard:

IT IS HEREBY ORDERED that Thaddeus J. Hunt is awarded $5,010.00 for fees

for services performed as special counsel to Phillip D. Levey, Chapter 7 Trustee.


IT IS FURTHER ORDERED that Phillip D. Levey, Chapter 7 Trustee is

authorized and directed to pay to Thaddeus J. Hunt the sum of $5,010.00 for fees for

services performed as special counsel in the above captioned case.

Dated:                                         ENTER:


_____

U.S. Bankruptcy Judge

Thaddeus J. Hunt, Esq. (ARDC# 6277694)
Law Offices of Thaddeus Hunt
53 W. Jackson Blvd., Suite 1620
Chicago, IL 60604
(312) 834-0609

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable          Carol A. Doyle                    Hearing Date   August 28, 2007

Bankruptcy Case No.  05 B 00145                      Adversary No.

Title of Case          DELORES CAMP,

Brief                  FEE APPLICATION OF THADDEUS J HUNT, SPECIAL
Statement of           COUNSEL TO PHILLIP D. LEVEY, CHAPTER 7 TRUSTEE
Motion

Names and              Thaddeus J. Hunt, Esq.
addresses of           Law Offices of Thaddeus Hunt
moving                 53 W. Jackson Blvd., Suite 1620
counsel                Chicago, IL  60604

Representing           **Chapter 7 Trustee.**

## ORDER

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____