UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CAMP, DELORES | ) | CASE NO. 05 B 00145 |
| | ) | |
| Debtor(s) | ) | HON. CAROL A. DOYLE |

Social Security/Employer Tax ID Number:     XXX-XX-2610

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

   At:      U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, IL 60604

   On: **October 28, 2008**                    Time:  **10:30 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.      The Trustee's Final Report shows total:

   Receipts                                                                                       $30,074.08

   Disbursements                                                                              $4,916.10

   Net Cash Available for Distribution                                          $25,157.98

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Phillip D. Levey Trustee | $0.00 | $3,076.88 | $48.61 |
| U.S. Bankruptcy Court Clerk Clerk Of The Court Costs | $0.00 | $0.00 | $250.00 |
| Phillip D. Levey Attorney For Trustee | $0.00 | $3,955.00 | $0.00 |

5.      Applications for Chapter 11 and/or 13 fees and administrative expenses have been filed as follows:  None
6.      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:  None

7.      Claims of general unsecured creditors totaling $16,805.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 100% plus 2.7700% interest.  Based on the aforesaid distributions, it appears that this is a surplus estate.  Further, said surplus will be paid to the debtor(s) in the approximate amount of $6,805.25.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |
| 0 | Americredit Financial Services, Inc | $10,000.00 | $11,022.24 |

8.      Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has been discharged.

11.     The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
| --- | --- |
| Household Furnishings | $2,000.00 |
| Books | $50.00 |
| Wearing Apparel | $2,000.00 |
| Jewelry | $50.00 |
| Cash | $100.00 |

Dated:  **September 28, 2008**                    For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:        Phillip D. Levey
Address:        2722 North Racine Avenue
                Chicago, IL  60614
Phone No.:      (773) 348-9682

**BAE SYSTEMS**

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1        User: amcc7              Page 1 of 1              Date Rcvd: Sep 26, 2008
Case: 05-00145              Form ID: pdf002          Total Served: 15
```

```
The following entities were served by first class mail on Sep 28, 2008.
db          +Delores Camp,   6316 S Francisco,   Chicago, Il 60629-2321
aty         +Norton Helton,   N. Helton & Associates,   980 N Michigan Avenue,   Suite 1400,
             Chicago, IL 60611-7500
aty         +Phillip D Levey,   2722 North Racine Avenue,   Chicago, IL 60614-1206
aty         +Thaddeus J Hunt,   Law Offices Of Thaddeus Hunt,   53 W Jackson Blvd,   Suite 1620,
             Chicago, IL 60604-3774
tr          +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
12391397    ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court: AmeriCredit Financial Services, Inc.,   PO Box 183853,
             Arlington, TX 76096)
11512307    +++AMERICREDIT,   801 CHERRY ST UNIT 12,   FORT WORTH TX  76102-6896,   Ft Worth TX 76102
             (address filed with court: Americredit,   801 Cherry Street,   Ste 3900,   Ft Worth TX 76102)
11512306    +Amer Collections,   919 W Estes,   Schamburg IL 60193-4436
11512309     Collection,   360 Merrimack St,   Ft Worth TX 76102
11512310    +He Stark Col,   6425 Odana Rd,   Madison WI 53719-1127
11512311    +Medical Payment Data,   725 S Wells Ave,   Ste 700,   Chicago IL 60607-4578
11512312    +NBGL-Carsons,   140 W Industrial Dr,   Elmhurst IL 60126-1602
11512314    +Peoples Gas Light & Coke Company,   130 E Randolph Drive,   Chicago IL 60601-6207
11512313    +Permieraut,   230 W Monroe #1000,   Chicago IL 60606-4801

The following entities were served by electronic transmission on Sep 27, 2008.
11512308    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                           CFC Financial LLC,
             PO Box 2038,   Warren MI 48090-2038
                                                                                    TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2008**              **Signature:**   _Joseph Speetjens_