IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| DELORES CAMP. | ) | CASE NO. 05 B 00145 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. CAROL A. DOYLE |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO: THE HONORABLE CAROL A. DOYLE
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses, Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered. requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: 3-26-09

_____
TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago. IL 60614
(773) 348-9682

05-00145:49.1:Application for Compensation:Proposed Order Entered: 9/15/2008 11:53:11 AM by:Phillip Levey Page 1 of 1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CAMP, DELORES | ) | CASE NO. 05 B 00145 |
| | ) | |
| Debtor(s) | ) | HON. CAROL A. DOYLE |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised;

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows;

| | | |
|---|---|---:|
| 1. | Trustee's compensation | $3,076.88 |
| 2. | Trustee's expenses | $48.61 |
| | TOTAL | $3,125.49 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Chapter 7 Compensation         $3,955.00
   b. Chapter 7 Expenses             $0.00
   c. Chapter 11 Compensation        $0.00
   d. Chapter 11 Expenses            $0.00

2. Accountant for the Trustee
   a. Chapter 7 Compensation         $0.00
   b. Chapter 7 Expenses             $0.00
   c. Chapter 11 Compensation        $0.00
   d. Chapter 11 Expenses            $0.00

3. Other professionals
   a. Chapter 7 Compensation         $0.00
   b. Chapter 7 Expenses             $0.00
   c. Chapter 11 Compensation        $0.00
   d. Chapter 11 Expenses            $0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: 10/28/08

ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CAMP, DELORES | ) | CASE NO. 05 B 00145 |
| | ) | |
| Debtor(s) | ) | HON. CAROL A. DOYLE |

## DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $7,330.49 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $10,000.00 |
| Interest (726(a)(5) | $1,022.24 |
| Surplus to Debtor (726(a)(6) | $6,810.58 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $25,163.31 |

EXHIBIT D

Case Number: 05-00145    CAD                                    Page 1                                    Date: October 29, 2008
Debtor Name: CAMP, DELORES

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | | | | $25,163.31 |
| | **Claim Type -** | | | | | | | | | | |
| | Phillip D. Levey<br>COMPENSATION | Admin | | $3,076.88 *<br>$3,076.88 | $0.00 | $3,076.88 | $3,076.88 | $0.00 | $0.00 | $3,076.88 | $22,086.43 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | Phillip D. Levey<br>EXPENSES | Admin | | $48.61 *<br>$48.61 | $0.00 | $48.61 | $48.61 | $0.00 | $0.00 | $48.61 | $22,037.82 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | **Subtotal For Claim Type** | | | $3,125.49 *<br>$3,125.49 | $0.00 | $3,125.49 | $3,125.49 | $0.00 | $0.00 | $3,125.49 | |
| | **Claim Type 2700-00 - Clerk of the Courts Costs** | | | | | | | | | | |
| | Clerk, U.S. Bankruptcy Court | Admin | 001 | $250.00 *<br>$250.00 | $0.00 | $250.00 | $250.00 | $0.00 | $0.00 | $250.00 | $21,787.82 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | **Subtotal For Claim Type 2700-00** | | | $250.00 *<br>$250.00 | $0.00 | $250.00 | $250.00 | $0.00 | $0.00 | $250.00 | |
| | **Claim Type 3110-00 - Attorney for Trustee Fees** | | | | | | | | | | |
| | Phillip D. Levey | Admin | 001 | $3,955.00 *<br>$3,955.00 | $0.00 | $3,955.00 | $3,955.00 | $0.00 | $0.00 | $3,955.00 | $17,832.82 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | **Subtotal For Claim Type 3110-00** | | | $3,955.00 *<br>$3,955.00 | $0.00 | $3,955.00 | $3,955.00 | $0.00 | $0.00 | $3,955.00 | |
| | Subtotals For Class Administrative  100.00000 % | | | $7,330.49 *<br>$7,330.49 | $0.00 | $7,330.49 | $7,330.49 | $0.00 | $0.00 | $7,330.49 | |
| | **Claim Type 7200-00 - Tardy General Unsecured** | | | | | | | | | | |
| | AmeriCredit Financial Services, Inc.<br>P.O. Box 183853<br>Arlington, TX 76096 | Unsec | 080 | $10,000.00 *<br>$10,000.00 | $0.00 | $10,000.00 | $10,000.00 | $0.00 | $1,022.24 | $11,022.24 | $6,810.58 |
| | Percent Paid: 110.22240 % | | | | | | | | | | |

Case Number: 05-00145    CAD  
Debtor Name: CAMP, DELORES  

Page 2  

Date: October 29, 2008

| Claim # | Payee Name | Class | Priority | Amt Claimed * Amt Allowed | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Subtotal For Claim Type 7200-00 | | | $10,000.00 * $10,000.00 | $0.00 | $10,000.00 | $10,000.00 | $0.00 | $1,022.24 | $11,022.24 | |
| | **Claim Type 8200-00 - Surplus Funds Paid to Debtor** | | | | | | | | | | |
| | DELORES CAMP 6316 S FRANCISCO CHICAGO, IL 60629-2321 | Unsec | 999 Percent Paid: 100.00000 % | $0.00 * $6,810.58 | $0.00 | $6,810.58 | $6,810.58 | $0.00 | $0.00 | $6,810.58 | $0.00 |
| | Subtotal For Claim Type 8200-00 | | | $0.00 * $6,810.58 | $0.00 | $6,810.58 | $6,810.58 | $0.00 | $0.00 | $6,810.58 | |
| | Subtotals For Class Unsecured | 106.08093 % | | $10,000.00 * $16,810.58 | $0.00 | $16,810.58 | $16,810.58 | $0.00 | $1,022.24 | $17,832.82 | |
| << Totals >> | | | | $17,330.49 * $24,141.07 | $0.00 | $24,141.07 | $24,141.07 | $0.00 | $1,022.24 | $25,163.31 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution. Interest was calculated from the Case Petition Date of 01/04/05 through 09/11/08 at a rate of 2.77% (annualized simple interest).

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CAMP, DELORES | ) | CASE NO. 05 B 00145 |
| | ) | |
| Debtor(s) | ) | HON. CAROL A. DOYLE |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows;

| | | |
|---|---|---:|
| 1. | Trustee's compensation | $3,076.88 |
| 2. | Trustee's expenses | $48.61 |
| | TOTAL | $3,125.49 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. | Chapter 7 Compensation | $3,955.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 2. | Accountant for the Trustee | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 3. | Other professionals | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _____

ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE

*ENTERED*
*OCT 2 8 2008*
*CAROL A. DOYLE*
*BANKRUPTCY JUDGE*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-00145 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | CAMP, DELORES | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2407 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0211 | | | |
| For Period Ending: | 03/26/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/13/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 500.00 |
| 08/13/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 1,000.00 |
| 08/13/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 1,500.00 |
| 08/13/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 2,000.00 |
| 08/13/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 2,500.00 |
| 08/13/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 3,000.00 |
| 08/13/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 3,500.00 |
| 08/13/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 4,000.00 |
| 08/13/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 4,500.00 |
| 08/13/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 5,000.00 |
| 08/13/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 5,500.00 |
| 08/13/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 6,000.00 |
| 08/13/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 6,500.00 |
| 08/13/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 7,000.00 |
| 08/13/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 7,500.00 |
| 08/13/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 8,000.00 |
| 08/13/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 8,500.00 |
| 08/13/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 9,000.00 |
| 08/13/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 9,500.00 |
| 08/13/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 10,000.00 |
| 08/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.35 | | 10,004.35 |
| 09/24/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 10,504.35 |
| 09/24/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 11,004.35 |
| 09/24/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 11,504.35 |
| 09/24/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 12,004.35 |
| 09/24/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 12,504.35 |
| 09/24/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 13,004.35 |
| 09/24/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 13,504.35 |
| 09/24/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 14,004.35 |

Page Subtotals   14,004.35   0.00

Ver: 14.21

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 05-00145 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | CAMP, DELORES | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2407 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0211 | | | |
| For Period Ending: | 03/26/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/24/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 14,504.35 |
| 09/24/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 15,004.35 |
| 09/24/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 15,504.35 |
| 09/24/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 16,004.35 |
| 09/24/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 16,504.35 |
| 09/24/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 17,004.35 |
| 09/24/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 17,504.35 |
| 09/24/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 18,004.35 |
| 09/24/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 18,504.35 |
| 09/24/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 19,004.35 |
| 09/24/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 19,504.35 |
| 09/24/07 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 20,004.35 |
| 09/28/07 | 7 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 7.39 | | 20,011.74 |
| 10/22/07 | 000101 | Thaddeus J. Hunt | ATTORNEY FEES<br>Interim Fees Per Order of August 28, 2007 | 3210-000 | | 4,500.00 | 15,511.74 |
| 10/31/07 | 7 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 12.01 | | 15,523.75 |
| 11/30/07 | 7 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 8.29 | | 15,532.04 |
| 12/31/07 | 7 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 7.43 | | 15,539.47 |
| 01/31/08 | 7 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 6.16 | | 15,545.63 |
| 02/18/08 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 16,045.63 |
| 02/18/08 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 16,545.63 |
| 02/18/08 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 17,045.63 |
| 02/18/08 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 17,545.63 |
| 02/18/08 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 18,045.63 |
| 02/18/08 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 18,545.63 |
| 02/18/08 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 19,045.63 |
| 02/18/08 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 19,545.63 |
| 02/18/08 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 20,045.63 |
| 02/18/08 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 20,545.63 |

Page Subtotals    11,041.28    4,500.00

LFORM24    Ver: 14.21

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 05-00145 -CAD | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | CAMP, DELORES | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2407 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0211 | | | |
| For Period Ending: | 03/26/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 02/18/08 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 21,045.63 |
| 02/18/08 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 21,545.63 |
| 02/18/08 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 22,045.63 |
| 02/18/08 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 22,545.63 |
| 02/18/08 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 23,045.63 |
| 02/18/08 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 23,545.63 |
| 02/18/08 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 24,045.63 |
| 02/18/08 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 24,545.63 |
| 02/18/08 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 25,045.63 |
| 02/18/08 | 6 | Charles White | Partial Settlement | 1241-000 | 500.00 | | 25,545.63 |
| 02/29/08 | 7 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 4.43 | | 25,550.06 |
| 03/31/08 | 7 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 6.04 | | 25,556.10 |
| 04/30/08 | 7 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 5.24 | | 25,561.34 |
| 05/09/08 | 000102 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | BOND # 016026455 Term 2/1/08 - 2/1/09 | 2300-000 | | 16.10 | 25,545.24 |
| 05/30/08 | 7 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 3.24 | | 25,548.48 |
| 06/04/08 | 000103 | Thaddeus Hunt | Fees Per Order Dated May 1, 2008 | 3220-000 | | 400.00 | 25,148.48 |
| 06/30/08 | 7 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 3.11 | | 25,151.59 |
| 07/31/08 | 7 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 3.20 | | 25,154.79 |
| 08/29/08 | 7 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 3.19 | | 25,157.98 |
| 09/30/08 | 7 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 3.10 | | 25,161.08 |
| 10/29/08 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 2.23 | | 25,163.31 |
| 10/29/08 | | Transfer to Acct #*******3250 | Final Posting Transfer | 9999-000 | | 25,163.31 | 0.00 |

Page Subtotals    5,033.78    25,579.41

Ver: 14.21

LFORM2

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 05-00145 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | CAMP, DELORES | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2407 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0211 | | | |
| For Period Ending: | 03/26/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 30,079.41 | 30,079.41 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 25,163.31 | |
| | | | Subtotal | | 30,079.41 | 4,916.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 30,079.41 | 4,916.10 | |

Page Subtotals        0.00        0.00

Ver: 14.21

LFORM24

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-00145 -CAD | Trustee Name: | Phillip D. Levey |
| Case Name: | CAMP, DELORES | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3250 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0211 | | |
| For Period Ending: | 03/26/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/29/08 | | Transfer from Acct #*******2407 | Transfer In From MMA Account | 9999-000 | 25,163.31 | | 25,163.31 |
| 11/07/08 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 3,076.88 | 22,086.43 |
| 11/07/08 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 48.61 | 22,037.82 |
| 11/07/08 | 000103 | Clerk, U.S. Bankruptcy Court | Adversary Filing Fee-Deferred | 2700-000 | | 250.00 | 21,787.82 |
| 11/07/08 | 000104 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,955.00 | 17,832.82 |
| 11/07/08 | 000105 | AmeriCredit Financial Services, Inc.<br>P.O. Box 183853<br>Arlington, TX 76096 | Tardy General Unsecured 726(a)(3) | | | 11,022.24 | 6,810.58 |
| | | | Claim       10,000.00 | 7200-000 | | | 6,810.58 |
| | | | Interest      1,022.24 | 7990-000 | | | 6,810.58 |
| 11/07/08 | 000106 | DELORES CAMP<br>6316 S FRANCISCO<br>CHICAGO, IL 60629-2321 | Surplus Funds | 8200-002 | | 6,810.58 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 25,163.31 | 25,163.31 | 0.00 |
| Less: Bank Transfers/CD's | 25,163.31 | 0.00 | |
| Subtotal | 0.00 | 25,163.31 | |
| Less: Payments to Debtors | | 6,810.58 | |
| Net | 0.00 | 18,352.73 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********2407 | 30,079.41 | 4,916.10 | 0.00 |
| Checking Account (Non-Interest Earn - ********3250 | 0.00 | 18,352.73 | 0.00 |
| | 30,079.41 | 23,268.83 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals     25,163.31     25,163.31

Ver: 14.21

LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-00145 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | CAMP, DELORES | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3250 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0211 | | | |
| For Period Ending: | 03/26/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account (Interest Earn - *******2407 | | Transfers) | To Debtors) | On Hand |
| | | | Checking Account (Non-Interest Earn - *******3250 | | | | |

Page Subtotals    0.00    0.00

Ver: 14.21

LFORM24